PROB 12C
(6/16)

Report Date: October 8, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2026

SEAN F. McAVOY, CLERK

ECF No. 42

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Nicholas Petrushkin Case Number: 0980 2:25CR00043-TOR-1

Address of Offender: Last known: [redacted] Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 1, 2025

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a) | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 2, 2026 |
| Defense Attorney: | Joel Anand Baumann | Date Supervision Expires: October 1, 2029 |

## PETITIONING THE COURT

To issue a **warrant**.

On October 6, 2026, a supervision intake was completed by a U.S. probation officer with Vincent Petrushkin. Mr. Petrushkin signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On October 6, 2026, Mr. Petrushkin provided a urine sample at the U.S. Probation Office in Spokane, Washington, and the results were presumptive positive for methamphetamine, marijuana, and K2. Mr. Petrushkin verbally admitted to using methamphetamine, marijuana, and K2 to the probation officer. Additionally, he signed a drug use admission of use form. |
| 2 | **Special Condition #3**: You must reside at the residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: Mr. Petrushkin is alleged to have violated the above-stated condition by leaving the RRC without authorization on or about October 7, 2026.

On October 7, 2026, the U.S. Probation Office received notification from RRC staff that Mr. Petrushkin had departed the facility. His current whereabouts are unknown and he is considered to have absconded from the RRC.

3 **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Petrushkin is alleged to have violated the above-stated condition by leaving the U.S. Probation Office on or about October 7, 2026.

On October 7, 2026, Mr. Petrushkin was instructed by the duty officer to remain in the probation office lobby. Mr. Petrushkin failed to comply with this instruction and left without approval.

4 **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On October 8, 2026, Mr. Petrushkin provided a urine sample at the probation office in Spokane and the results were presumptive positive for fentanyl, methamphetamine and marijuana. Mr. Petrushkin verbally admitted to using methamphetamine, but denied all other controlled substances to the probation officer. Additionally, he signed a drug use admission of use form for daily methamphetamine use between October 3 through October 6, 2026.

Mr. Petrushkin's urine sample was sent to the lab for further testing of controlled substances and remains pending at the time of this petition.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 010/08/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

October, 13, 2026

Date